**Electronically Filed
Supreme Court
SCPR-25-0000877
19-DEC-2025
04:04 PM
Dkt. 6 OGP**

SCPR-25-0000877

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE ELEANORDAWN R. HUGHES, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Intermediate Court of Appeals Chief Judge Nakasone,
assigned by reason of vacancy)

Upon consideration of the petition to resign from the practice of law in the State of Hawai‘i, filed by attorney Eleanordawn R. Hughes (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), which the court construes as also seeking to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10.[1]

---

[1] Although Hawai‘i State Bar Association (HSBA) executive director Catherine Ann Betts' declaration, attached in support of the petition, misidentifies Petitioner's bar number, Ms. Betts' representation of Petitioner's license status as "INACTIVE VOLUNTARY" comports with Petitioner's status information on HSBA's website. It thus appears that the

Therefore, IT IS HEREBY ORDERED that the petition to resign is granted.  Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 9842, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, December 19, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karen T. Nakasone

---

substantive information as to Petitioner's status is correct, and Ms. Betts' declaration is sufficient.  See RSCH Rule 1.10(c)(ii) (requiring declaration of the HSBA executive director attesting to the petitioner's current status).